by striking out the words " on the merits " and inserting in place thereof the words " without prejudice," and as so modified unanimously affirmed, without costs. The disposition herein is without prejudice to an action for deceit, if plaintiff be so advised, upon a complaint framed in consonance with the facts, involving, as they do, contracts the existence of which the present complaint disregarded, or any other appropriate form of action predicated upon the contracts, the existence of which were disregarded in the complaint. Order denying motion to set aside judgment and granting a new trial unanimously affirmed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

SAMUEL SCHWARTZ and Others, Respondents, v. Fox METROPOLITAN PLAY-HOUSES, INC., Appellant.— Order granting plaintiffs' motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

MAURICE G. SPIRO, Respondent, v. THE BRUNSWICK-BALKE-COLLENDER COMPANY, Appellant.— Order directing bill of particulars of defendant's affirmative defenses modified by striking out paragraphs 3, 4, 7 and 8 thereof, and as so modified affirmed, without costs. The defenses as to which the particulars were sought refer in terms to the " contract referred to " in the complaint, and the contract is, therefore, the same contract alleged by plaintiff in his complaint, the terms and conditions of which he must prove to establish his cause of action. No particulars of such contract are, therefore, necessary. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

YETTA SUSSMAN, Respondent, v. BESSIE SILVERMAN and Others, Defendants. ROSE GREENBERG, Appellant.— Order declaring answer of defendant Greenberg frivolous and granting plaintiff judgment against her affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

ALEX THOMPSON, Respondent, v. ORANGE AND ROCKLAND ELECTRIC COMPANY, Appellant. (Action No. 1.) — Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

ALEX THOMPSON, Respondent, v. ORANGE AND ROCKLAND ELECTRIC COMPANY, Appellant. (Action No. 2.) — Order granting plaintiff's motion for injunction pendente lite and denying defendant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements. Order granting reargument but confirming said order upon condition affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young and Kapper, JJ., concur; Carswell, J., dissents and votes to reverse upon the ground that this issue could have been disposed of under the pleadings in the former action, and, therefore, the question is res adjudicata.

LOUISE TONNESEN, as Administratrix, etc., of ARNT TONNESEN, Deceased, Respondent, v. GRAHAM & NORTON COMPANY and KIDANSKY & LEVY, INC., Appellants.— Judgment affirmed, with costs. No opinion. Rich, Kapper, Seeger and Scudder, JJ., concur; Lazansky, P. J., dissents as to defendant Kidansky & Levy, Inc., as against which defendant the record fails to disclose any negligence; concurs as to defendant Graham & Norton Company.

YONKERS BUILDERS' SUPPLY COMPANY, Appellant, v. FREDERICK ROEBER COMPANY, INC., and Others, Respondents, and CONNECTICUT QUARRIES CO.,